```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE J05-0005--CV (JWS)
              "PHIL GODFREY V ROBERT S. LAFAVOUR ET AL"

        Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 02/10/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (4) Incorporated or Principal Place of Business in This State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332
           Origin: (1) Original Proceeding
           Demand: 99999
       Filing fee: Paid $150.00 on 02/10/05 receipt # 10096885
         Trial by: Jury


Parties of Record:                        Counsel of Record:

PLF 1.1         GODFREY, PHIL                 Kathleen A. Frederick
                                              Baxter Bruce et al
                                              POB 32819
                                              Juneau, AK 99803
                                              907-789-3166
                                              FAX 907-789-1913

DEF 1.1         LAFAVOUR, ROBERT S.           Robert S. Spitzfaden
                                              Gruening & Spitzfaden PC
                                              217 2nd Street, Suite 204
                                              Juneau, AK 99801
                                              907-586-8110
                                              FAX 907-586-8059

DEF 2.1         LACANO INVESTMENTS LLC        Robert S. Spitzfaden
                                              (see above)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J05-0005--CV (JWS)
                        "PHIL GODFREY V ROBERT S. LAFAVOUR ET AL"

                                 For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 02/10/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (4) Incorporated or Principal Place of Business in This State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332
           Origin: (1) Original Proceeding
           Demand: 99999
       Filing fee: Paid $150.00 on 02/10/05 receipt # 10096885
         Trial by: Jury


Document #  Filed     Docket text

    1 -  1  02/10/05  Complaint filed; Summons issued.

    1 -  2  02/10/05  PLF 1 Jury Demand.

    2 -  1  02/17/05  PLF 1 Return of Service Executed 2/14/05 on Def 1.

    3 -  1  02/17/05  PLF 1 Return of Service Executed 2/14/05 on Def 2.

    4 -  1  03/16/05  DEF 1-2 Attorney Appearance by R. Spitzfaden.

    5 -  1  03/16/05  DEF 1-2 Answer to Complaint.

    6 -  1  03/22/05  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                      due w/i 28 days from svc of this ord. cc: cnsl

    7 -  1  04/19/05  PLF 1; DEF 1-2 Report re: 26(f) mtg w/discovery to close 6/26/05.

    8 -  1  05/04/05  JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                      05/03/06; Dispositive mots ddln 06/05/06; 7 day TBJ estimate. cc: cnsl

    9 -  1  05/10/05  DEF 1-2 Rule 7.1 Disclosure.

   10 -  1  05/17/05  DEF 1-2 motion and memorandum to dismiss w/att exh.

   11 -  1  06/02/05  Stipulation and Order ext PLF oppo to mot to dismiss to 6/30/05 and DEF
                      reply to 7/13/05. cc: cnsl

   12 -  1  06/30/05  PLF 1 opposition to DEF 1-2 motion and memorandum to dismiss. (10-1)

   13 -  1  07/21/05  Stipulation and Order ext to 7/21/05 plf reply re: motion to dismiss.
                      cc: cnsl

   14 -  1  07/22/05  PLF 1; DEF 1-2 motion to ext reply re: motion to dismiss to 7/25/05.

   14 -  2  07/25/05  Minute Order granting motion to ext reply re: motion to dismiss to
                      7/25/05. (14-1) cc: cnsl
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J05-0005--CV (JWS)
                      "PHIL GODFREY V ROBERT S. LAFAVOUR ET AL"

                                 For all filing dates


Document #    Filed      Docket text

    15 -   1  07/25/05   DEF 1-2 reply to opposition to DEF 1-2 motion and memorandum to dismiss
                         w/att exh. (10-1)

    16 -   1  09/16/05   JWS Order denying without prejudice motion to dismiss (10-1).  Any mot
                         to amend shall be filed by 10/3/05 & any mot for sj shall not be filed
                         until after the court rules on the mot to amend, or until after 10/4/05.
                         cc: cnsl

    17 -   1  10/03/05   PLF 1 motion for leave to file amended complant w/att memo and sample
                         complaint.

    18 -   1  10/28/05   JWS Minute Order granting motion for leave to file amended complant
                         (17-1). cc: cnsl

    19 -   1  11/02/05   PLF 1 Complaint (Amended).

    20 -   1  11/23/05   DEF 1-2 Answer to Amended Complaint.
```