Kathleen A. Frederick, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska  99803
(907) 789-3166 - phone
(907) 789-1913 – fax
kfrederick@baxterbrucelaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY,  )<br>)<br>       Plaintiff  )<br>)<br>vs.  )<br>)<br>ROBERT S. LAFAVOUR and LACANO  )<br>INVESTMENTS, LLC,  )<br>)<br>       Defendants  ) | Case No. J05-005 CV (JWS) |

### **STIPULATION TO STAY DISCOVERY**

The parties, by and through counsel, hereby stipulate that all discovery in this case should be stayed until February 28, 2006, as the parties are pursuing settlement discussions.

DATED this 18th day of January, 2006.

                                            BAXTER BRUCE & SULLIVAN, P.C.


                                            BY: s/ Kathleen A. Frederick
                                                P.O. Box 32819
                                                Juneau, Alaska 99803
                                                Phone: (907) 789-3166
                                                Fax: (907) 789-1913
                                                E-mail: kfrederick@baxterbrucelaw.com
                                                ABA No. 9903003

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

GRUENING & SPITZFADEN, APC

BY: s/ Robert S. Spitzfaden (w/ consent)
217 2nd St., Suite 204
Juneau, Alaska 99801
Phone: (907) 586-8110
Fax: (907) 586-8059
ABA No.7710171

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of January, 2006, a true and correct copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

s/ Kathleen A. Frederick

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Godfrey v. LaFavour, et al.,*  Case No. J05-005 CV (JWS)
Stipulation to Stay Discovery  Page 2 of 2