**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**


*PHIL GODFREY*                    v.    *ROBERT S. LAFAVOUR, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 1:05-cv-00005-JWS


PROCEEDINGS:    **ORDER FROM CHAMBERS**        Date:  January 27, 2006

---

    The stipulation to stay discovery until **February 28, 2006,** at docket 21 is **APPROVED**.  Unless closing papers are sooner filed, a status report shall be filed on **March 13, 2006.**