Kathleen A. Frederick, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska   99803
(907) 789-3166 - phone
(907) 789-1913 – fax
kfrederick@baxterbrucelaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

PHIL GODFREY,                                )
                                             )
       Plaintiff                           )
                                             )
vs.                                          )
                                             )
ROBERT S. LAFAVOUR and LACANO                )
INVESTMENTS, LLC,                            )
                                             )
       Defendants                          )   Case No. J05-005 CV (JWS)
_____  )

### <u>SECOND STIPULATION TO EXTEND DISCOVERY</u>

     The parties by and through counsel, agree as follows:

     Due to ongoing settlement discussions and the absence of Defendants' counsel from the country beginning March 24 through April 17, 2006, the parties agree to stay discovery until May 23, 2006. The existing discovery deadline is extended until August 23, 2006.

DATED this 23[nd] day of March, 2006, at Juneau, Alaska.

                   BAXTER BRUCE & SULLIVAN, P.C.

                   BY: s/ Kathleen A. Frederick
                        P.O. Box 32819
                        Juneau, Alaska 99803
                        Phone: (907) 789-3166
                        Fax: (907) 789-1913
                        E-mail: kfrederick@baxterbrucelaw.com
                        ABA No. 9903003

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

GRUENING & SPITZFADEN, APC

BY: <u>s/ Robert S. Spitzfaden (w/ consent)</u>
217 2nd St., Suite 204
Juneau, Alaska 99801
Phone: (907) 586-8110
Fax: (907) 586-8059
E-mail: spitz@gci.net
ABA No.7710171

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of March, 2006, a true and correct copy of the foregoing was served via e-mail and U.S. Mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

<u>s/ Kathleen A. Frederick</u>

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913