IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, | ) |
|       Plaintiff | ) |
| vs. | ) |
| ROBERT S. LAFAVOUR and LACANO INVESTMENTS, LLC, | ) |
|       Defendants | ) Case No. J05-005 CV (JWS) |

## PROPOSED ORDER GRANTING STAY OF DISCOVERY

The parties have moved this court for an order allowing the stay of discovery until May 23, 2006, while they pursue settlement discussions.

IT IS HEREBY ORDERED that discovery is stayed until May 23, 2006. The new deadline for the end of discovery is August 23, 2006.

DATED this ___ day of March, 2006.

                                                                                                    _____
                                                                                                    Judge John W. Sedwick
                                                                                                    United States District Court

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913