IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| ROBERT S. LAFAVOUR and LACANO INVESTMENTS, LLC, | ) ) ) |
| Defendants | ) Case No. J05-005 CV (JWS) |

## **ORDER GRANTING STAY OF DISCOVERY**

The parties have moved this court for an order allowing the stay of discovery until May 23, 2006, while they pursue settlement discussions.

**IT IS HEREBY ORDERED** that discovery is stayed until May 23, 2006. The new deadline for the end of discovery is **August 23, 2006**.

DATED this 30th day of March, 2006.

/s/
Judge John W. Sedwick
United States District Court

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913