Kathleen A. Frederick, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska 99803
(907) 789-3166 - phone
(907) 789-1913 – fax
kfrederick@baxterbrucelaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, )<br>)<br>  Plaintiff )<br>)<br>vs. )<br>)<br>ROBERT S. LAFAVOUR and LACANO )<br>INVESTMENTS, LLC, )<br>)<br>  Defendants ) | Case No. J05-005 CV (JWS) |

## STIPULATION TO STAY DISCOVERY

The parties, by and through counsel, hereby stipulate that all discovery in this case should be stayed until August 1, 2006, as the parties are pursuing settlement discussions and are in the process of trying to resolve one remaining issue. If discovery commences, the parties request that the Court issue a new pre-trial scheduling order. DATED this 29th day of June, 2006.

                BAXTER BRUCE & SULLIVAN, P.C.

                BY: s/ Kathleen A. Frederick
                    P.O. Box 32819
                    Juneau, Alaska 99803
                    Phone: (907) 789-3166
                    Fax: (907) 789-1913
                    E-mail: kfrederick@baxterbrucelaw.com
                    ABA No. 9903003

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

1

2                                              GRUENING & SPITZFADEN, APC

3

4                                              BY: s/ Robert S. Spitzfaden (w/ consent)
                                                   217 2nd St., Suite 204
5                                                  Juneau, Alaska 99801
6                                                  Phone: (907) 586-8110
                                                   Fax: (907) 586-8059
7                                                  ABA No.7710171

8

9                          **CERTIFICATE OF SERVICE**

10  The undersigned hereby certifies that on this 29th day of June, 2006, a true and correct
11  copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening &
    Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.
12

13  s/ Kathleen A. Frederick

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913