IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT S. LAFAVOUR and LACANO ) | |
| INVESTMENTS, LLC, ) | |
| ) | |
| Defendants ) | Case No. J05-005 CV (JWS) |

**PROPOSED ORDER GRANTING STAY OF DISCOVERY**

The parties have moved this court for an order allowing the stay of discovery until August 1, 2006, since they are in the process of negotiating a settlement and are trying to resolve one final issue.

**IT IS HEREBY ORDERED** that discovery is stayed until August 1, 2006. The new deadline for the end of discovery is **November 1, 2006**. Expert witness disclosures in accordance with Rule 26(a)(2) must be made on or before **September 10, 2006** for plaintiff and on or before **September 30, 2006** for Defendant. On or before **October 1, 2006**, each party shall file a final, revised witness list which must include expert as well as lay witnesses. All remaining pretrial deadlines based upon the discovery deadline and completion of discovery as set forth in the Court's scheduling order dated May 3, 2005 are extended based upon this change in the close of discovery.

DATED this ___ day of July, 2006.

_____
Judge John W. Sedwick
United States District Court