Kathleen A. Frederick, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska  99803
(907) 789-3166 - phone
(907) 789-1913 – fax
kfrederick@baxterbrucelaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, )<br>)<br>　　　　　Plaintiff )<br>)<br>)<br>vs. )<br>)<br>ROBERT S. LAFAVOUR and LACANO )<br>INVESTMENTS, LLC, )<br>)<br>　　　　　Defendants ) | Case No. J05-005 CV (JWS) |

## **PLAINTIFF'S STATUS REPORT**

Per the court's order of August 4, 2006, at docket number 27, Plaintiff, by and through his counsel of record, hereby submits this status report.

The parties have agreed to a settlement proposal made by Plaintiff and Plaintiff has provided a draft settlement agreement to Defendants.  On August 10, 2006, Defendants submitted a revised settlement agreement for Plaintiff's review.  Counsel for both parties have agreed to meet in early September to discuss any outstanding issues remaining with regard to the proposed settlement agreement and will be filing a stipulation to extend discovery and other applicable deadlines until after this meeting

///

///

///

1  has taken place.

2  DATED this 18th day of August, 2006.

                                      BAXTER BRUCE & SULLIVAN, P.C.

                                      BY: s/ Kathleen A. Frederick
                                               P.O. Box 32819
                                               Juneau, Alaska 99803
                                               Phone: (907) 789-3166
                                               Fax: (907) 789-1913
                                               E-mail: kfrederick@baxterbrucelaw.com
                                               ABA No. 9903003

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of August, 2006, a true and correct copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

s/ Kathleen A. Frederick