Kathleen A. Frederick, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska 99803
(907) 789-3166 - phone
(907) 789-1913 – fax
kfrederick@baxterbrucelaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY,<br><br>             Plaintiff<br><br>vs.<br><br>ROBERT S. LAFAVOUR and LACANO INVESTMENTS, LLC,<br><br>             Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00005 (JWS) |

### **STIPULATION TO STAY DISCOVERY**

The parties, by and through counsel, hereby stipulate that all discovery and other deadlines in this case should be stayed until September 30, 2006, as the parties are desirous of settling this matter and are in the process of meeting to resolve one remaining issue. If discovery commences, the parties request that the Court issue a new pre-trial scheduling order.

DATED this 22nd day of August, 2006.

              BAXTER BRUCE & SULLIVAN, P.C.

              BY: s/ Kathleen A. Frederick
                    P.O. Box 32819
                    Juneau, Alaska 99803
                    Phone: (907) 789-3166
                    Fax: (907) 789-1913
                    E-mail: kfrederick@baxterbrucelaw.com
                    ABA No. 9903003

GRUENING & SPITZFADEN, APC

BY: s/ Robert S. Spitzfaden (w/ consent)
217 2nd St., Suite 204
Juneau, Alaska 99801
Phone: (907) 586-8110
Fax: (907) 586-8059
ABA No.7710171

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of August, 2006, a true and correct copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

s/ Kathleen A. Frederick

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Godfrey v. LaFavour, et al.,*  Case No. 1:05-cv-00005 (JWS)
Stipulation to Stay Discovery  Page 2 of 2