IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT S. LAFAVOUR and LACANO ) | |
| INVESTMENTS, LLC, ) | |
| ) | |
| Defendants ) | Case No. J05-005 CV (JWS) |

## **ORDER GRANTING STAY OF DISCOVERY**

The parties have moved this court for an order allowing the stay of discovery until September 30, 2006, while they pursue settlement discussions.

IT IS HEREBY ORDERED that discovery is stayed until September 30, 2006.

DATED this 23rd day of August, 2006.

     /s/John W. Sedwick
United States District Court

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913