1 Kathleen A. Frederick, Esq.
2 Baxter Bruce & Sullivan P.C.
3 P. O. Box 32819
  Juneau, Alaska 99803
4 (907) 789-3166 - phone
5 (907) 789-1913 – fax
  kfrederick@baxterbrucelaw.com
6 Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| ROBERT S. LAFAVOUR and LACANO INVESTMENTS, LLC, | ) ) ) |
| Defendants | ) |

Case No. 1:05-cv-00005 (JWS)

## STIPULATION TO STAY DISCOVERY

The parties, by and through counsel, hereby stipulate that all discovery and other deadlines in this case should be stayed until October 31, 2006, as the parties are continuing to hammer out final details of the settlement agreement, and Defendants' counsel is out of the country for three weeks. If discovery commences, the parties request that the Court issue a new pre-trial scheduling order.

DATED this 20th day of September, 2006.

                                     BAXTER BRUCE & SULLIVAN, P.C.

                                     BY: s/ Kathleen A. Frederick
                                             P.O. Box 32819
                                             Juneau, Alaska 99803
                                             Phone: (907) 789-3166
                                             Fax: (907) 789-1913
                                             E-mail: kfrederick@baxterbrucelaw.com
                                             ABA No. 9903003

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

                              GRUENING & SPITZFADEN, APC

                         BY: s/ Robert S. Spitzfaden (w/ consent)
                              217 2nd St., Suite 204
                              Juneau, Alaska 99801
                              Phone: (907) 586-8110
                              Fax: (907) 586-8059
                              ABA No.7710171

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of September, 2006, a true and correct copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

s/ Kathleen A. Frederick