IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT S. LAFAVOUR and LACANO ) | |
| INVESTMENTS, LLC, ) | |
| ) | |
| Defendants ) | Case No. 1:05-cv-00005 (JWS) |

### **PROPOSED ORDER GRANTING STAY OF DISCOVERY**

The parties have moved this court for an order allowing the stay of discovery until October 31, 2006, while they pursue settlement discussions.

IT IS HEREBY ORDERED that discovery is stayed until October 31, 2006.

DATED this ___ day of September, 2006.

_____
Judge John W. Sedwick
United States District Court

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Godfrey v. LaFavour, et al.,*   Case No. 1:05-cv-00005 (JWS)
Proposed Order Granting Stay of Discovery   Page 1 of 1