IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHIL GODFREY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT S. LAFAVOUR and LACANO ) | |
| INVESTMENTS, LLC, ) | |
| ) | |
| Defendants ) | Case No. 1:05-cv-00005 (JWS) |

## **STIPULATION FOR DISMISSAL**

The parties have reached an amicable resolution of their dispute which gave rise to this lawsuit and, accordingly, stipulate that this lawsuit be dismissed with prejudice, with each party to bear their own attorneys fees, legal fees and costs.

DATED this 11th day of January, 2007.

BAXTER BRUCE & SULLIVAN, P.C.

BY: s/ Stanley P. Fields
   P.O. Box 32819
   Juneau, Alaska 99803
   Phone: (907) 789-3166
   Fax: (907) 789-1913
   E-mail: sfields@baxterbrucelaw.com
   ABA No. 0411091

GRUENING & SPITZFADEN, APC

BY: s/ Robert S. Spitzfaden (w/ consent)
   217 2nd St., Suite 204
   Juneau, Alaska 99801
   Phone: (907) 586-8110
   Fax: (907) 586-8059
   ABA No.7710171

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of January, 2007, a true and correct copy of the foregoing was served via U.S. mail on Robert S. Spitzfaden, Gruening & Spitzfaden, APC, 217 2nd Street, Suite 204, Juneau, Alaska 99801.

s/ Stanley P. Fields

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913