IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PHIL GODFREY, )
)
       Plaintiff )
)
)
vs. )
)
ROBERT S. LAFAVOUR and LACANO )
INVESTMENTS, LLC, )
)
       Defendants ) Case No. 1:05-cv-00005 (JWS)

## **PROPOSED ORDER OF DISMISSAL**

The parties by stipulation have asked this court for an order dismissing the above-captioned lawsuit with prejudice, with each party to bear its own attorneys fees, legal fees and costs.

IT IS HEREBY ORDERED that this lawsuit be dismissed with prejudice and that each party shall be responsible for all attorneys fees, legal fees and costs incurred on their own behalf in this litigation.

DATED this ___ day of January, 2007.

                                                       _____
                                                       Judge John W. Sedwick
                                                       United States District Court